UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BONNIE PLOTKIN** | : |
| **700 Cocoanut Avenue** | |
| **Apartment 421** | : |
| **Sarasota, Florida 34236** | |
| | : |
| Plaintiff, | |
| | : |
| v. | |
| | : |
| **UNITED STATES OF AMERICA** | |
| | : |
| Serve:   **The Honorable William Barr** | |
| **Attorney General of the United States** | : |
| **Department of Justice, Room 4400** | |
| **950 Pennsylvania Avenue, NW** | :   Case No. |
| **Washington, DC 20530** | |
| | : |
| and | |
| | : |
| **Michael R. Sherwin** | |
| **United States Attorney** | : |
| **555 4th Street, NW** | |
| **Washington, DC 20530** | : |
| | |
| and | : |
| | |
| **Jessica Sanet** | : |
| **Office of General Counsel** | |
| **Smithsonian Institution** | : |
| **P.O. Box 37012, MRC 012** | |
| **Washington, D.C. 20013** | : |
| | |
| **Defendants.** | : |

## COMPLAINT FOR NEGLIGENCE
### (FTCA: Premises Liability)

Plaintiff, Bonnie Plotkin, respectfully moves for judgment against Defendant United States of America on the grounds and in the amount set forth below.

**JURISDICTION AND VENUE**

1. Jurisdiction is conferred upon this Court pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq.

2. Venue in this Court is proper pursuant to 28 U.S.C. § 1346(b), as the claims are brought against the United States for money damages, and 28 U.S.C. § 1391, as the cause of action arose in the District of Columbia.

3. On December 10, 2019, pursuant to the Federal Tort Claims Act ("FTCA"), Plaintiff filed an administrative tort claim for personal injuries with the Smithsonian Institution in connection with an accident that occurred at the National Museum of African American History and Culture ("Museum") in Washington, D.C.

4. On July 1, 2020, after investigating Plaintiff's claim, the Smithsonian Institution denied Plaintiff's claim on the grounds that there was an insufficient basis to conclude that Plaintiff's injuries were the result of the Smithsonian Institution's negligence.

5. Pursuant to 28 U.S.C. § 2401(b) and 28 C.F.R. § 14.9(b), Plaintiff has elected to commence an action in this Court.

**PARTIES**

6. Plaintiff Bonnie Plotkin is an adult citizen and resident of the State of Florida.

7. Defendant The United States of America ("Defendant U.S.") is subject to suit under the FTCA for the negligent or wrongful acts and/or omissions of its agents,

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

servants, employees and/or trust instrumentalities, including but not limited to the Smithsonian Institution.

8. Upon information and belief, the Smithsonian Institute was established by Congress as a trust instrumentality of the U.S.

9. Upon information and belief, at all relevant times herein, the U.S. and/or the Smithsonian Institution controlled, owned, and/or operated the Museum, and was responsible for the maintenance thereof.

## **FACTS**

10. On July 26, 2019, Plaintiff was visiting the Museum.

11. Plaintiff was standing by the marble seating area outside of the entrance to the Museum with her family.

12. There is an unguarded water feature near the entrance of the Museum that was empty on that day.

13. Plaintiff was facing away from the water feature, towards the doors of the Museum, when she took one step back and fell off the unguarded ledge into the empty water feature.

14. The ledge was about 2-3 feet down.

15. Plaintiff fell onto her left side and was unable to stand up on her own.

16. Museum security brought Plaintiff a wheelchair and called an ambulance that took her to Sibley Memorial Hospital.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

17. As a direct and proximate result of the fall, Plaintiff suffered a broken left hip, two pelvis fractures, and injury to her acetabulum. Plaintiff has incurred and will continue to incur substantial medical expenses, has suffered and will continue to suffer a loss of wages and/or loss of wage-earning capacity, and has suffered and will continue to suffer pain, emotional distress, and mental anguish.

## COUNT I
**(Negligence)**

18. Plaintiff incorporates, by reference, paragraphs 1 through 17, as if fully set forth herein.

19. Plaintiff alleges that at the time of the accident, Defendant U.S. and/or the Smithsonian Institution owed a duty to Plaintiff, who was lawfully on the Museum's premises at the time of her injury, to keep the premises in a reasonably safe condition, and to warn persons on the premises of any hazardous conditions under their ownership, management, and/or control.

20. Plaintiff further alleges that Defendant U.S. and/or the Smithsonian Institution breached the duties owed as set forth in the preceding paragraph.

21. Defendant U.S. and/or the Smithsonian Institution breached this duty by, despite actual or constructive notice that the ledge at the end of the water feature was unguarded, failing to repair the dangerous condition in a timely manner, to warn their lawful invitees of the presence of the hazard, or to otherwise make safe the dangerous condition.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 5 -

22. As a direct and proximate result of Defendant U.S. and/or the Smithsonian Institution's negligence, Plaintiff has suffered the injuries and damages set forth in paragraph 17, above.

WHEREFORE, Plaintiff Bonnie Plotkin demands judgment against Defendant United States of America in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs.

> Respectfully submitted,
>
> REGAN ZAMBRI LONG PLLC
>
> By: /s/ *Patrick M. Regan*
> Patrick M. Regan     #336107
> pregan@reganfirm.com
> Christopher J. Regan
> cregan@reganfirm.com
> Emily C. Lagan
> elagan@reganfirm.com
> 1919 M Street, N.W., Suite 350
> Washington, D.C. 20036
> PH:  (202) 463-3030
> Fx:  (202) 463-0667
> *Counsel for Plaintiff*