## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BONNIE PLOTKIN** | : |
| **Plaintiff,** | : |
| **v.** | : **Case No. 20-cv-02025-DLF** |
| **UNITED STATES OF AMERICA** | : |
| **Defendant.** | : |

### AFFIDAVIT OF SERVICE:  U.S. ATORNEY GENERAL

I, M. Ellen Kerns, hereby depose and state:

1.     I am a Legal Assistant with the law firm of Regan Zambri Long PLLC in the District of Columbia, and our firm has been retained by the Plaintiff Bonnie Plotkin in connection with this litigation.

2.     On August 4, 2020, I forwarded by Certified Mail, Return Receipt Requested, Restricted Delivery a file-stamped Summons and Complaint to Defendant United States of America c/o The Honorable William Barr, Attorney General of the United States,  Department of Justice, 950 Pennsylvania Avenue, NW, Room 4400, Washington, DC 20530.

3.     On August 12, 2020, I received the Domestic Return Receipt confirming that a duly-authorized agent of Defendant United States of America and/or The Hon. William Barr, was served with the Summons and Complaint on August 10, 2020.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

4.      Further saith affiant not.

_____
M. Ellen Kerns

Subscribed and sworn to before me this 20th day of August 2020.

_____
Notary Public



CHANG HO CHOI
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2024