UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BONNIE PLOTKIN** : | |
|     **Plaintiff,** : | |
| **v.** : | Case No. 20-cv-02025-DLF |
| **UNITED STATES OF AMERICA** : | |
|     **Defendant.** : | |

### AFFIDAVIT OF SERVICE: U.S. ATORNEY

I, M. Ellen Kerns, hereby depose and state:

1.    I am a Legal Assistant with the law firm of Regan Zambri Long PLLC in the District of Columbia, and our firm has been retained by the Plaintiff Bonnie Plotkin in connection with this litigation.

2.    On August 4, 2020, I forwarded by Certified Mail, Return Receipt Requested, Restricted Delivery a file-stamped Summons and Complaint to Defendant United States of America c/o Michael Sherwin, Esquire, United States Attorney, 555 4th Street, N.W., Washington, DC  20530.

3.    On August 12, 2020, I received the Domestic Return Receipt and a printout from USPS Track Confirm indicating the package was delivered and confirming that a duly-authorized agent of Defendant United States of America and/or Michael Sherwin, was served with the Summons and Complaint on August 10, 2020.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

4.  Further saith affiant not.

_____
M. Ellen Kerns

Subscribed and sworn to before me this 20th day of August 2020.

_____
Notary Public



CHANG HO CHOI
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2024

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030