| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Plotkin   C. Date of Delivery |
| 1. Article Addressed to:<br>Michael R. Sherwin<br>United States Attorney<br>555 4th Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>RECEIVED AUG 12 2020 BY: |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3943 8060 5315 14 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7008 0150 0001 1653 41 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIO...**

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70080150000116534197                    Remove ✕

Your item was delivered at 4:58 am on August 10, 2020 in WASHINGTON, DC 20530.

 

## ✓ Delivered

August 10, 2020 at 4:58 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

Text & Email Updates                                              ∨

---

Tracking History                                                  ∧

August 10, 2020, 4:58 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:58 am on August 10, 2020 in WASHINGTON, DC 20530.

August 7, 2020, 10:45 am
Available for Pickup
WASHINGTON, DC 20530

August 7, 2020, 10:19 am
Available for Pickup
WASHINGTON, DC 20530

August 7, 2020, 6:56 am
Arrived at Unit
WASHINGTON, DC 20018

August 6, 2020
In Transit to Next Facility

August 5, 2020, 7:28 pm
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

August 5, 2020, 12:25 am
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Feedback

**Product Information**                                                                 ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**