UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE PLOTKIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-2025 (DLF) |

**<u>NOTICE OF APPEARANCE</u>**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney William Chang as counsel for Defendant in this case.

Dated: October 8, 2020                               Respectfully submitted,


                                                                  By:  /s/ William Chang
                                                                  WILLIAM CHANG, D.C. Bar #1030057
                                                                  Assistant United States Attorney
                                                                  555 Fourth St., NW
                                                                  Washington, DC 20530
                                                                  (202) 252-2510, William.chang2@usdoj.gov

                                                                  *Counsel for Defendant*