UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE PLOTKIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-2025 (DLF) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant United States of America, through the U.S. Attorney's Office for the District of Columbia, moves for an enlargement of time to file a response to Plaintiff's Complaint by three weeks, up to and including October 30, 2020.

1. Plaintiff brings suit under the Federal Tort Claims Act ("FTCA") and alleges that she sustained injuries when she fell into a water feature in front of the National Museum of African American History and Culture. *See* Compl., ECF No. 1. The current deadline for Defendant to respond to the Complaint is October 9, 2020. For the reasons stated below, Defendant respectfully requests that this deadline be extended by three weeks, up to and including October 30, 2020.

2. Good cause exists for the request. Undersigned counsel for Defendant is currently investigating the allegations in the Complaint and needs additional time to work with agency counsel to finalize Defendant's response to the Complaint. This is Defendant's first request for an enlargement of time. Neither the parties nor the Court will be affected by the requested enlargement as no scheduling order has been entered in this case.

3. In accordance with Local Civil Rule 7(m), undersigned counsel conferred with

Plaintiff's counsel, who consents to the relief requested in this motion.

WHEREFORE, Defendant respectfully requests that the Court extend the time for Defendant to file its response to the Complaint by three weeks, up to and including October 30, 2020.

DATED: October 9, 2020                     Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

*/s/ William Chang*
WILLIAM CHANG
D.C. Bar # 1030057
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2510
William.chang2@usdoj.gov