UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE PLOTKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-2025 (DLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brenda González Horowitz as counsel for Defendant United States of America in the above captioned case, substituting for Assistant United States Attorney William Chang, whose appearance should be withdrawn.

October 28, 2020            By: */s/ Brenda González Horowitz*
                                BRENDA GONZÁLEZ HOROWITZ
                                D.C. Bar No. 1017243
                                Assistant United States Attorney
                                U.S. Attorney's Office, Civil Division
                                555 Fourth Street, N.W.
                                Washington, D.C. 20530
                                Tel: (202) 252-2512
                                Brenda.Gonzalez.Horowitz@usdoj.gov

                                *Counsel for United States of America*