UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BONNIE PLOTKIN** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 20-2025 (DLF) |
| **UNITED STATES OF AMERICA** | : | |
| Defendant. | : | |

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF DISCOVERY SCHEDULE

The Plaintiff, by and through her undersigned counsel, hereby respectfully requests that the Court extend the discovery schedule for an additional sixty (60) days. In support of her Motion, Plaintiff states that the request for the extension of discovery is based on the COVID-19 pandemic that created a judicial emergency and resulted in a near complete cessation of depositions and related discovery activities.

Prior to filing this Motion, Plaintiff's counsel consulted with counsel for Defendants concerning the proposed extension. Counsel for Defendant consents to the extension.

In further support of the Motion, the Court is respectfully referred to the attached Memorandum of Points and Authorities.

Respectfully submitted,

REGAN ZAMBRI LONG PLLC

By: */s/ Patrick M. Regan*
    Patrick M. Regan      #336107

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

pregan@reganfirm.com
Christopher J. Regan     #1018148
cregan@reganfirm.com
Emily C. Lagan
elagan@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, D.C. 20036-3521
PH: (202) 463-3030
Fax: (202) 463-0667
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February 2021 a copy of Plaintiff's Consent Motion for Extension of Discovery Schedule was electronically filed and served on:

Brenda Gonzalez Horowitz, Esquire
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
brenda.gonzalez.horowitz@usdoj.gov
*Counsel for Defendant USA*

    */s/ Patrick M. Regan*
    Patrick M. Regan

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**BONNIE PLOTKIN**                              :

    **Plaintiff,**                                  :

    **v.**                                             :        Case No. 20-2025 (DLF)

**UNITED STATES OF AMERICA**              :

    **Defendant.**                                :

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PLAINTIFF'S CONSENT MOTION
<u>FOR EXTENSION OF DISCOVERY SCHEDULE</u>**

1. On November 12, 2020, the parties filed a proposed discovery schedule.

2. On November 13, 2020, the Court issued a Minute Order adopting the parties' proposed schedule.

3. Pursuant to the Court's Minute Order adopting the parties proposed schedule, the following discovery deadlines were established:

    Plaintiff's Rule 26(a)(2) Expert Disclosures    03/01/2021
    Defendant's Rule 26(a)(2) Expert Disclosures  04/13/2021
    Close of Discovery    05/13/2021
    Post Discovery Report    05/26/2021

4. Counsel for the parties have worked cooperative in the discovery process, but the COVID-19 pandemic has restricted the progress of discovery to date.

5. Plaintiff is respectfully requesting that the Court extend all discovery deadlines by sixty days. This proposed extension will result in the following new discovery deadlines.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

|  |  |
|---|---|
| Plaintiff's Rule 26(a)(2) Expert Disclosures | 04/30/2021 |
| Defendant's Rule 26(a)(2) Expert Disclosures | 06/12/2021 |
| Close of Discovery | 07/12/2021 |
| Post Discovery Report | 07/25/2021 |

6. Counsel for the Defendant consents to Plaintiff's requested extension of time.

7. The proposed extension of discovery will not result in any prejudice to any party and will not result in any undue delay in the resolution of this case.

For the foregoing reasons, Plaintiff respectfully requests that the Court extend the current discovery deadlines by sixty (60) days.

Respectfully submitted,

REGAN ZAMBRI LONG PLLC

By: /s/ *Patrick M. Regan*
Patrick M. Regan   #336107
pregan@reganfirm.com
Christopher J. Regan   #1018148
cregan@regnafirm.com
Emily C. Lagan
elagan@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, DC 20036
PH: (202) 463-3030
Fax: (202) 463-0667
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BONNIE PLOTKIN** | : |
| **Plaintiff,** | : |
| v. | : Case No. 20-2025 (DLF) |
| **UNITED STATES OF AMERICA** | : |
| **Defendant.** | : |

## **ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of Discovery Schedule, and it appearing to the Court that the granting of this Motion is in the interest of justice and will not result in any undue delay in this litigation, it is this _____ day of February 2021;

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that the discovery schedule is hereby amended as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) Expert Disclosures | 04/30/2021 |
| Defendant's Rule 26(a)(2) Expert Disclosures | 06/12/2021 |
| Close of Discovery | 07/12/2021 |
| Post Discovery Report | 07/25/2021 |

SO ORDERED:

_____
Dabney L. Friedrich
United States District Judge

cc:   Patrick M. Regan, Esquire
      Christopher J. Regan, Esquire
      Emily C. Lagan, Esquire
      Regan Zambri Long PLLC

- 2 -

1919 M Street, NW, Suite 350
Washington, DC 20036

Brenda Gonzalez Horowitz, Esquire
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530