UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BONNIE PLOTKIN,

*Plaintiff*,

v
.

UNITED STATES OF AMERICA,

*Defendant*.

Civil Action No. 20-2025 (DLF)

## **JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiff Bonnie Plotkin and Defendant the United States of America , jointly move to modify the Scheduling Order, consistent with the proposed order attached hereto. In support of this motion, the parties respectfully submit:

1.      Plaintiff initiated this action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346 *et seq*. alleging that a fall that she suffered while visiting the National Museum of African American History and Culture was the product of the Museum's negligence.

2.      Discovery commenced in this matter on November 13, 2020, *see* November 13, 2020, Minute Order. The discovery deadline has been extended once already, on February 23, 2021. *See* Feb. 23, 2021, Minute Order.

3.      Discovery is currently scheduled to close on July 12, 2021, and the parties are to submit a post-discovery status report to the Court by July 25, 2021.

4.      The parties have exchanged discovery requests. However, Defendant is still awaiting Plaintiff's responses. Once received, Defendant will need time to review and confer with the Museum prior to scheduling Plaintiff's deposition.

5.      Due to counsels' competing schedules, the parties have not yet been able to schedule depositions in this matter. Moreover, undersigned counsel for Defendant, who carries an extremely voluminous docket, has a trial scheduled to begin in mid-August, which has required and will continue to require a significant devotion of her time.

6.      Accordingly, the parties have conferred and believe that the parties would be best served by an extension of time through October 31, 2021.

7.      As such, the parties now seek to modify the Scheduling Order in place to allow the parties additional time, through October 31, 2021, to complete discovery.

8.      The Parties are cooperating and working well to resolve any outstanding discovery issues.

9.      Wherefore, the Parties jointly move this honorable Court to modify the current Schedule as indicated in the attached proposed Order.

Respectfully submitted,


By:   /s/ Patrick M. Regan
      Patrick M. Regan          #336107
      pregan@reganfirm.com
      Christopher J. Regan      #1018148
      cregan@reganfirm.com
      Emily C.  Lagan#1645159
      elagan@reganfirm.com
      1919 M Street, N.W., Suite 350
      Washington, DC 20036
      PH:  (202) 463-3030
      Fx:  (202) 463-0667
      pregan@reganfirm.com
      *Attorney for Plaintiff*

CHANNING PHILLIPS
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/ Brenda Gonzalez Horowitz
      Brenda Gonzalez Horowitz
      D.C. Bar 1017243
      Assistant United States Attorney
      U.S. Attorney's Office for the District of Columbia
      555 4th Street, N.W.
      Washington, D.C. 20530
      PH:  (202) 252-2512
      Fx:  (202) 463-0667
      brenda.gonzalez.horowitz@usdoj.gov
      *Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BONNIE PLOTKIN,

*Plaintiff*,

v.

UNITED STATES OF AMERICA,

*Defendant*.

Civil Action No. 20-2025 (DLF)

## PROPOSED SCHEDULING ORDER

**Close of Discovery**………………………………………………………………October 31, 2021

**Post-Discovery Status Report** …………………………………………………November 8, 2021

_____
Date

_____
DABNEY L. FRIEDRICH
United States District Judge