UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE PLOTKIN,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | Civil Action No. 20-2025 (FYP) |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiff Bonnie Plotkin and Defendant the United States of America , jointly move to modify the Scheduling Order, consistent with the proposed order attached hereto. In support of this motion, the parties respectfully submit:

1. Plaintiff initiated this action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346 *et seq*. alleging that a fall that she suffered while visiting the National Museum of African American History and Culture was the product of the Museum's negligence.

2. Discovery commenced in this matter on November 13, 2020, *see* November 13, 2020, Minute Order. The discovery deadline has been extended twice already, on February 23, 2021 and July 12, 2021. *See* Feb. 23, 2021, Minute Order; July 12, 2021, Minute Order.

3. Discovery is currently scheduled to close on October 29, 2021, and the parties are to submit a post-discovery status report to the Court by November 12, 2021.

4. The parties have exchanged discovery requests, expert reports, and provided various document responses.

5.   The parties have been working on scheduling several depositions, but due to counsels' competing schedules and schedules for various witnesses, the parties need additional time to schedule and complete the depositions, including expert depositions.

6.   Accordingly, the parties have conferred and believe that the parties would be best served by an extension of time through December 3, 2021.

7.   As such, the parties now seek to modify the Scheduling Order in place to allow the parties additional time, through December 3, 2021 to complete discovery.

8.   The Parties are cooperating and working well to resolve any outstanding discovery issues.

9.   Wherefore, the Parties jointly move this honorable Court to modify the current Schedule as indicated in the attached proposed Order.

Respectfully submitted,

| By: | /s/ Patrick M. Regan | | CHANNING PHILLIPS |
|---|---|---|---|
| | Patrick M. Regan      #336107 | | Acting United States Attorney |
| | pregan@reganfirm.com | | |
| | Christopher J. Regan   #1018148 | | BRIAN P. HUDAK |
| | cregan@reganfirm.com | | Acting Chief, Civil Division |
| | Emily C. Lagan #1645159 | | |
| | elagan@reganfirm.com | By: | /s/ Brenda Gonzalez Horowitz |
| | 1919 M Street, N.W., Suite 350 | | Brenda Gonzalez Horowitz |
| | Washington, DC 20036 | | D.C. Bar 1017243 |
| | PH: (202) 463-3030 | | Assistant United States Attorney |
| | Fx: (202) 463-0667 | | U.S. Attorney's Office for the District of Columbia |
| | pregan@reganfirm.com | | 555 4th Street, N.W. |
| | | | Washington, D.C. 20530 |
| | *Attorney for Plaintiff* | | PH: (202) 252-2512 |
| | | | Fx: (202) 463-0667 |
| | | | brenda.gonzalez.horowitz@usdoj.gov |
| | | | *Attorneys for the United States* |

Dated: October 25, 2021

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE PLOTKIN,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | Civil Action No. 20-2025 (FYP) |

**PROPOSED SCHEDULING ORDER**

**Close of Discovery**……………………………………………………………December 3, 2021

**Post-Discovery Status Report** ……………………………………………December 17, 2021


_____                        _____
Date                                                                   FLORENCE Y. PAN
                                                                       United States District Judge