UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BONNIE PLOTKIN** | : |
| **Plaintiff,** | : |
| v. | :   Case No. 1:20-cv-2025 (FYP) |
| **UNITED STATES OF AMERICA** | : |
| **Defendant.** | : |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and All Parties of Record

I am admitted to practice in this Court, and I appear in this case as co-counsel for Plaintiff, Bonnie Plotkin.

Dated: December 3, 2021                                   Respectfully submitted,

                                                                            REGAN ZAMBRI LONG PLLC

                                                                            By:   **/s/ *Christopher J. Regan***
                                                                                     Christopher J. Regan     #1018148
                                                                                     cregan@reganfirm.com
                                                                                     1919 M Street, NW, Suite 350
                                                                                     Washington, DC  20036
                                                                                     PH:  (202) 463-3030
                                                                                     Fx:  (202) 463-0667
                                                                                     *Counsel for Plaintiff*

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 3rd day of December, 2021, a true and correct copy of the foregoing Appearance of Counsel was electronically filed and served on all parties of record.

                                                     /s/ *Christopher J. Regan*
                                                     Christopher J. Regan

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030