UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BONNIE PLOTKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-2025 (FYP) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 26, 2021, Minute Order, Plaintiff Bonnie Plotkin and Defendant the United States of America submit this joint status report to apprise the Court of the status in this Federal Tort Claims Act litigation.

Discovery in this matter was scheduled to close on December 3, 2021. *See* Oct. 26, 2021, Minute Order. On November 30 and December 2, 2021, the week that discovery was scheduled to close, the United States deposed Plotkin's safety engineering expert, Dr. Gregory Harrison, and Bonnie Plotkin. Due to several disputes arising out of the depositions[1], the parties jointly contacted chambers on December 8, 2021. The parties were directed to meet and confer over the outstanding issues and are scheduled to do so on December 22, 2021. Thus, depending on the outcome of the parties' discussions, the parties may need additional time to complete limited discovery and/or request a hearing before the Court to be heard on the outstanding issues. *See* Standing Order, ECF

---

[1] On December 3, 2021, the United States filed a motion for extension of time to complete discovery for the limited purpose of briefing the remaining discovery disputes. The Court denied that motion on December 6, 2021, and directed the parties to comply with the requirements of the Court's Standing Order in Civil Cases. *See* Dec. 6, 2021, Minute Order.

No. 16.  The parties therefore request that the Court allow the parties additional time until January 4, 2022, to attempt to resolve any remaining disputes prior to setting a schedule for further proceedings.  The parties will inform the Court by January 4, 2022 whether they have agreed upon a path forward or whether there remains a need for judicial intervention prior to the close of discovery. A proposed order is included herein.

Dated: December 16, 2021                    Respectfully submitted,

By:     /s/ Christopher Regan
        Patrick M. Regan D.C. Bar No. 336107
        pregan@reganfirm.com
        Christopher J. Regan D.C. Bar No. 1018148
        cregan@reganfirm.com
        1919 M Street, NW, Suite 350
        Washington, DC 20036
        PH: (202) 463-3030
        FX: (202) 463-0667

        *Counsel for Plaintiff*

        MATTHEW M. GRAVES, D.C. Bar No. 481052
        United States Attorney

        BRIAN P. HUDAK
        Acting Chief, Civil Division

By:     /s/ Brenda González Horowitz
        BRENDA GONZÁLEZ HOROWITZ
        D.C. Bar No. 1017243
        Assistant United States Attorney
        U.S. Attorney's Office, Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 252-2512
        Brenda.Gonzalez.Horowitz@usdoj.gov

        *Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE PLOTKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      Civil Action No. 20-2025 (FYP) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties shall file a joint status report on or before January 4, 2022, informing the Court of whether the parties have resolved their outstanding discovery disputes.

It is further ORDERED that if the parties' meet and confer efforts are unsuccessful, the parties shall comply with this Court's Standing Order in Civil Cases (ECF No. 16) regarding bringing discovery disputes to the Court's attention and shall jointly contact chambers to request a date for a teleconference on the remaining disputes.

IT IS SO ORDERED.


_____
Dated

_____
FLORENCE Y. PAN
United States District Judge