UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BONNIE PLOTKIN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-2025 (FYP) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) ) | |

### JOINT STATUS REPORT

Pursuant to the Court's October 26, 2021, Minute Order, Plaintiff Bonnie Plotkin and Defendant the United States of America submit this joint status report to apprise the Court of the status in this Federal Tort Claims Act litigation.

Discovery in this matter was scheduled to close on December 3, 2021. *See* Oct. 26, 2021, Minute Order. On November 30 and December 2, 2021, the week that discovery was scheduled to close, the United States deposed Plotkin's safety engineering expert, Dr. Gregory Harrison, and Bonnie Plotkin. Due to several disputes arising out of the depositions[1], the parties jointly contacted chambers on December 8, 2021. The parties were directed to meet and confer over the outstanding issues did so on December 22, 2021. The parties have come to an agreement to reopen the deposition of Bonnie Plotkin at a date to be agreed upon by the parties, and are conferring regarding the outstanding issues with respect to Dr. Harrison.

---

[1]  On December 3, 2021, the United States filed a motion for extension of time to complete discovery for the limited purpose of briefing the remaining discovery disputes. The Court denied that motion on December 6, 2021, and directed the parties to comply with the requirements of the Court's Standing Order in Civil Cases. *See* Dec. 6, 2021, Minute Order.

The parties therefore request that the Court allow the parties additional time until February 4, 2022, to attempt to resolve any remaining disputes prior to setting a schedule for further proceedings. The parties will inform the Court by February 4, 2022 whether they have agreed upon a path forward or whether there remains a need for judicial intervention prior to the close of discovery. A proposed order is included herein.

Dated: January 4, 2022                        Respectfully submitted,

By:   /s/ Christopher Regan
Patrick M. Regan D.C. Bar No. 336107
pregan@reganfirm.com
Christopher J. Regan D.C. Bar No. 1018148
cregan@reganfirm.com
1919 M Street, NW, Suite 350
Washington, DC 20036
PH: (202) 463-3030
FX: (202) 463-0667

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/ Brenda González Horowitz
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE PLOTKIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil Action No. 20-2025 (FYP) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties shall file a joint status report on or before February 4, 2022, informing the Court of whether the parties have resolved their outstanding discovery disputes.

It is further ORDERED that if the parties' meet and confer efforts are unsuccessful, the parties shall comply with this Court's Standing Order in Civil Cases (ECF No. 16) regarding bringing discovery disputes to the Court's attention and shall jointly contact chambers to request a date for a teleconference on the remaining disputes.

IT IS SO ORDERED.

_____　　　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　FLORENCE Y. PAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge