UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BONNIE PLOTKIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-2025 (FYP) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

The Plaintiff, Bonnie Plotkin, and Defendant, the United States of American, by and through their respective undersigned counsel, hereby submit this Joint Status Report to apprise the Court of the status of this Federal Tort Claims Act litigation.

1. The parties have completed discovery.

2. With respect to dispositive motions, the parties have agreed on the following briefing schedule:

   1. Defendant's Motion:      April 1, 2022
   2. Plaintiff's Opposition:  April 8, 2022
   3. Defendant's Reply:       April 22, 2022

3. The parties are currently discussing whether they believe that a mediation conference before a Magistrate judge would be productive. The parties are continuing these discussions and will inform the Court if they come to an agreement to do so.

4. Plaintiff is requesting a status conference with the Court in order to schedule pretrial and trial dates. Defendant does not believe that a status conference is necessary at

this time as the parties have yet to complete summary judgment briefing. The parties have already agreed upon a briefing schedule, as noted above. The Government believes that this case can be resolved through motions practice, and in order to conserve this Court and the parties' limited resources, the United States suggests that a status conference be scheduled after resolution of the parties' motions practice, if necessary. Plaintiff's response to the government's position is that it is very unlikely that this case will be resolved by motions practice (for instance, Plaintiff has agreed to oppose any such motion in 1 week) and scheduling pretrial and trial dates at this time does not involve expenditure of the Courts or parties' "limited resources".  This case has been pending for 18 months.

Dated:  February 4, 2022          Respectfully submitted

                      REGAN ZAMBRI LONG PLLC


                      By:   /s/ Patrick M. Regan
                            Patrick M. Regan           D.C. Bar No. 336107
                            pregan@reganfirm.com
                            Christopher J. Regan      D.C. Bar No. 1018148
                            cregan@reganfirm.com
                            1919 M Street, NW, Suite 350
                            Washington, DC 20036
                            PH: (202) 463-3030
                            FX: (202) 463-0667
                            *Counsel for Plaintiff*

                    MATTHEW M. GRAVES, D.C. Bar No. 481052
                    United States Attorney

                    BRIAN P. HUDAK
                    Acting Chief, Civil Division


                      By:   */s/ Brenda Gonzalez Horowitz*
                            Brenda Gonzalez Horowitz

D.C. Bar No. 1017243
brenda.gonzalez.horowitz@usdoj.gov
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
PH: (202) 252-2512
*Counsel for the United States*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BONNIE PLOTKIN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 20-2025 (FYP) |
| **UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

## **PLAINTIFF'S [PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the following schedule will apply with respect to any dispositive motions:

1. Defendant's Motion:   April 1, 2022

2. Plaintiff's Opposition:   April 8, 2022

3. Defendant's Reply:   April 22, 2022

and it is

FURTHER ORDERED that the Court will hold a virtual Status Conference on the _____ day of _____, 2022 at _____ in order to discuss scheduling pretrial and trial dates in this matter.

IT IS SO ORDERED.

Dated

FLORENCE Y. PAN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE PLOTKIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 20-2025 (FYP) |

## **DEFENDANT'S [PROPOSED] ORDER]**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the following schedule shall govern further proceedings:

    Defendant's motion for summary judgment:    April 1, 2022

    Plaintiff's opposition:    April 8, 2022

    Defendant's reply:    April 22, 2022

It is further ORDERED that the Court will schedule a status conference following resolution of the parties' summary judgment motions, if necessary.

SO ORDERED.

Dated                                            FLORENCE Y. PAN
                                                          United States District Judge