IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BONNIE PLOTKIN** | : | |
| **Plaintiff,** | : | |
| v. | : | **Case No. 1:20-cv-2025 (FYP)** |
| **UNITED STATES OF AMERICA** | : | |
| **Defendant.** | : | |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant intends to move for summary judgment. As previously discussed,[1] the hazardous condition at issue in this case had caused seventeen other falls in under three years, at least one of which had resulted in another case pending before this Court: *Lewis-Butler v. USA*, Case 1:18-cv-2433-CKK. That case involves not only (1) the same hazard, but also (2) the same plaintiff's liability expert (Dr. Gregory Harrison), and (3) the same defense liability expert (Mr. Jonathan Leavitt). Defendant had previously moved for summary judgment in *Lewis-Butler* on much the same grounds as it has indicated it will in this case.

Plaintiff respectfully notifies the Court that on August 9, 2022, Judge Kollar-Kotelly issued a memorandum opinion (Ex. 1) and order (Ex. 2) denying Defendant's motion for summary judgment in the *Lewis-Butler* case.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

---

[1] ECF No. 23 and at 7/20/2022 Video Pre-Motion Conference.

- 2 -

Dated: August 10, 2022       Respectfully submitted,

                                                   REGAN ZAMBRI LONG PLLC

                                                   By:   /s/ *Christopher J. Regan*
                                                          Patrick M. Regan        D.C. Bar No. 336107
                                                          pregan@reganfirm.com
                                                          Christopher J. Regan  D.C. Bar No. 1018148
                                                          cregan@reganfirm.com
                                                          1919 M Street, NW, Suite 350
                                                          Washington, DC 20036
                                                          PH:   (202) 463-3030
                                                          FX:   (202) 463-0667
                                                          *Counsel for Plaintiff*

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030