# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MAGGIE LEWIS-BUTLER,

    Plaintiff

v.

UNITED STATES OF AMERICA,

    Defendant

Civil Action No. 18-2433 (CKK)

**ORDER**
(August 9, 2022)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 9th day of August 2022 **ORDERED** that Defendant's [23] Motion for Summary Judgment is **DENIED.**

**SO ORDERED.**

                    /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge