UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE PLOTKIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 20-2025 (FYP) |

**REQUEST FOR MEDIATION REFERRAL AND
MOTION TO VACATE BRIEFING SCHEDULE**

Defendant the United States of America, through undersigned counsel, respectfully requests that the Court refer the parties to mediation in this action brought pursuant to the Federal Tort Claims Act ("FTCA") alleging a sole count of negligence against the Smithsonian Institution ("Smithsonian"). The parties conferred in preparation for the filing of this request, and were prepared to do so jointly, but undersigned counsel has not yet received approval from Ms. Plotkin's counsel as to the revised draft exchanged on September 12, 2022, and did not want to further delay filing of this request in light of the government's deadline on September 16, 2022.[1] Defendant understands that Plaintiff agrees to a referral to mediation with the understanding that the parties complete the mediation by October 31, 2022. The government provided several dates in October to counsel for Ms. Plotkin, but as of this filing has not received a response as to her availability.

---

[1] The United States first approached Ms. Plotkin regarding the potential for mediation on August 26, 2022, but undersigned counsel was out of the office the week of August 29, 2022, and received an out-of-office response for lead counsel for Ms. Plotkin, Pat Regan, on September 7, 2022. Secondary counsel for Ms. Plotkin, Christopher Regan, and undersigned exchanged draft filings the week of September 7, but as of the date of this filing, undersigned has not received a response from Plaintiff's counsel regarding the government's proposed edits.

Following the close of discovery, the parties appeared before the Court for a pre-motion conference on July 20, 2022. *See* July 20, 2022 Min. Order. At the conference, the Court set a briefing schedule for the government's motion for summary judgment. *Id*. Since the date of the hearing, the government received the Court's decision denying its motion for summary judgment in a similar FTCA case, *Lewis-Butler v. United States of America*, Civ. A. No. 18-2433 (CKK) (*see also* Pl.'s Not. Supp. Auth, ECF No. 24). Thus, the Smithsonian reconsidered its position on mediation, and approached counsel for Ms. Plotkin regarding a referral to mediation and to vacate the current briefing schedule. Based upon conversations between counsel, the parties agree to a referral either to a Magistrate Judge or through the Circuit's mediation program. In light of these developments, the government respectfully moves to vacate the current briefing schedule to allow time to attempt to resolve the case through mediation. Plaintiff has agreed to the postponement on the condition that the government agree to conduct the mediation before October 31, 2022, to which the government has agreed.[2]

Thus, the government respectfully requests that the Court extend the current briefing schedule to allow the parties time to schedule and participate in mediation. The proposed schedule to govern briefing is as follows:

    Government's opening motion…………………………November 21, 2022

    Plaintiff's opposition……………………………………December 5, 2022

    Government's reply……………………………………..December 19, 2022

---

[2] Undersigned counsel for the government has a one-week trial scheduled to begin on October 31, 2022, and therefore hopes that the parties can schedule a mediation date in advance of the scheduled trial. The government understands that the date of mediation is subject to availability of the mediator.

In the event that mediation is successful, or the parties believe that they are close to resolution, Defendant will notify the Court promptly so that the briefing schedule may either be extended or vacated. A proposed order is included herein.

| | |
|---|---|
| Dated: September 13, 2022 | Respectfully submitted, |
| | MATTHEW M. GRAVES, D.C. Bar No. 481052<br>United States Attorney |
| | BRIAN P. HUDAK<br>Chief, Civil Division |
| By: | */s/ Brenda González Horowitz*<br>BRENDA GONZÁLEZ HOROWITZ<br>D.C. Bar No. 1017243<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>601 D St, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2512<br>Brenda.Gonzalez.Horowitz@usdoj.gov |
| | *Attorneys for the United States* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BONNIE PLOTKIN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-2025 (FYP) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's request for a referral to mediation it is hereby ORDERED that the above-captioned case is referred to _____ for the purpose of mediation. The mediation proceeding shall conclude no later than October 31, 2022. The parties are to contact the assigned mediator jointly to schedule the mediation. Counsel and parties, including persons with settlement authority, are to participate in the mediation. If the case settles in whole or in part, counsel shall advise the Court of the settlement promptly by filing a status report or stipulation of dismissal.

It is further ORDERED that the summary-judgment deadlines set by the Court's July 20, 2022, minute order are hereby vacated and re-set as follows:

| | |
|---|---|
| Defendant's Motion | November 21, 2022 |
| Plaintiff's Opposition | December 5, 2022 |
| Defendant's Reply | December 19, 2022 |

SO ORDERED.

Dated

FLORENCE Y. PAN
United States District Judge