UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BONNIE PLOTKIN,**<br><br>*Plaintiff,*<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>*Defendant.* | Civil Action No. 20-2025 (FYP) |

## ORDER

Upon consideration of the Defendant's [25] Request for Mediation Referral and Motion to Vacate Briefing Schedule, filed on September 13, 2022, it is hereby

**ORDERED** that the briefing schedule set at the July 20, 2022, pre-motion conference is vacated; and it is further

**ORDERED** that this case is referred to mediation until October 31, 2022; and it is further

**ORDERED** that the Clerk of the Court furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator; and it is further

**ORDERED** that counsel and parties, including persons with settlement authority, attend mediation; and it is further

**ORDERED** that the parties file a joint status report advising the Court whether the referral to mediation should be extended or proposing a schedule for further proceedings in this matter by October 31, 2022; and it is further

**ORDERED** that the case and proceedings shall be stayed until further order of the Court.

**SO ORDERED**.

_____
FLORENCE Y. PAN
United States District Judge

Date:   September 14, 2022