UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE PLOTKIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-2025 |

**JOINT STATUS REPORT**

Pursuant to the Court's September 14, 2022, Order, Plaintiff Bonnie Plotkin and Defendant the United States of America, through undersigned counsel, jointly file this report to apprise the Court of the progress of the parties' mediation and settlement discussions.

Ms. Plotkin brings this action alleging negligence against the United States arising from injuries she sustained after falling in an outdoor water feature at the National Museum of African American History and Culture. On September 14, 2022, at the parties' request, this Court referred the parties to the Circuit's mediation program. ECF No. 26. The parties report that their mediation efforts were successful, and that they have reached an agreement in principle on all material terms. The parties are working on finalizing their agreement and propose a further update with the Court within thirty days if the parties have not yet filed a stipulation of dismissal on the docket.

Accordingly, the parties propose filing a status report by November 30, 2022, with an update as to the parties' progress on finalizing their agreed upon terms.

Dated: October 27, 2022                    Respectfully submitted,

                                          By:     */s/ Christopher Regan*
                                                   Patrick M. Regan D.C. Bar No. 336107
                                                   pregan@reganfirm.com
                                                 Christopher J. Regan D.C. Bar No. 1018148
                                                 cregan@reganfirm.com
                                                 1919 M Street, NW, Suite 350
                                                 Washington, DC 20036
                                                 PH: (202) 463-3030
                                                 FX: (202) 463-0667

                                                 *Counsel for Plaintiff*

                                                 MATTHEW M. GRAVES, D.C. Bar No. 481052
                                                 United States Attorney

                                                 BRIAN P. HUDAK
                                                 Chief, Civil Division

                                          By:     */s/ Brenda González Horowitz*
                                                 BRENDA GONZÁLEZ HOROWITZ
                                                 D.C. Bar No. 1017243
                                                 Assistant United States Attorney
                                                 U.S. Attorney's Office, Civil Division
                                                 601 D Street, N.W.
                                                 Washington, D.C. 20530
                                                 Tel: (202) 252-2512
                                                 Brenda.Gonzalez.Horowitz@usdoj.gov

                                                 *Attorneys for the United States*