# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BONNIE PLOTKIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 20-2025 (FYP)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>JOINT STATUS REPORT</u>

The parties, by and through their respective undersigned counsel, hereby inform the Court that they have reached an agreement to resolve the case and are finalizing the terms of the resolution.  The parties anticipate that an appropriate Stipulation of Dismissal will be filed before the end of the year.

Dated:  November 30, 2022       Respectfully submitted

REGAN ZAMBRI LONG PLLC


By:   */s/ Patrick M. Regan*
Patrick M. Regan       D.C. Bar No. 336107
pregan@reganfirm.com
Christopher J. Regan     D.C. Bar No. 1018148
cregan@reganfirm.com
1919 M Street, NW, Suite 350
Washington, DC 20036
PH: (202) 463-3030
FX: (202) 463-0667
*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By:   */s/ Brenda Gonzalez Horowitz*
      Brenda Gonzalez Horowitz
      D.C. Bar No. 1017243
      brenda.gonzalez.horowitz@usdoj.gov
      Assistant United States Attorney
      555 Fourth Street, NW
      Washington, DC 20530
      PH: (202) 252-2512
      *Counsel for the United States*