UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE PLOTKIN,<br><br>*Plaintiff*,<br><br>v<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | Civil Action No. 20-2025 |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

| | |
|---|---|
| By: */s/ Patrick M. Regan*<br>Patrick M. Regan        #336107<br>pregan@reganfirm.com<br>Christopher J. Regan    #1018148<br>cregan@reganfirm.com<br>1919 M Street, N.W., Suite 350<br>Washington, DC 20036<br>Ph:  (202) 463-3030<br>Fx:  (202) 463-0667<br>*Attorney for Plaintiff* | MATTHEW M. GRAVES<br>D.C. Bar No. 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ Brenda Gonzalez Horowitz*<br>Brenda Gonzalez Horowitz<br>D.C. Bar 1017243<br>Assistant United States Attorney<br>U.S. Attorney's Office for the District of Columbia<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Ph:  (202) 252-2512<br>Fx:  (202) 463-0667<br>brenda.gonzalez.horowitz@usdoj.gov<br>*Attorneys for the United States* |